No. 75–562. Rosebud Sioux Tribe *v.* Kneip, Governor of South Dakota, et al. C. A. 8th Cir. [Certiorari granted, 425 U. S. 989.] Motion of the Solicitor General to permit H. Bartow Farr, Esquire, to present oral argument *pro hac vice* granted.

No. 75–909. Environmental Protection Agency *v.* Brown, Governor of California, et al.; and Environmental Protection Agency *v.* Arizona et al. C. A. 9th Cir.;

No. 75–960. Environmental Protection Agency *v.* Maryland et al. C. A. 4th Cir.;

No. 75–1050. Virginia ex rel. Air Pollution Control Board *v.* Train, Administrator, Environmental Protection Agency; and

No. 75–1055. Train, Administrator, Environmental Protection Agency *v.* District of Columbia et al. C. A. D. C. Cir. [Certiorari granted, 426 U. S. 904.] Motion of Pacific Legal Foundation for leave to participate in oral argument as *amicus curiae* denied.

No. 76–316. Bates et al. *v.* State Bar of Arizona. Appeal from Sup. Ct. Ariz. [Probable jurisdiction noted, *ante,* p. 813.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 20 minutes allotted for that purpose. Both appellants and appellee granted 10 additional minutes for oral argument. Motion of Magar E. Magar for leave to file a brief *pro se* as *amicus curiae* denied.

No. 76–5382. Darden *v.* Florida. Sup. Ct. Fla. Certiorari granted November 1, 1976 [*ante,* p. 917], limited to Question 1 presented by the petition, dealing with whether the prosecution's summation to jury in the circumstances of this case deprived petitioner of due process of law.

No. 76–5598. Sayles *v.* McGuire, U. S. District Judge. Motion for leave to file petition for writ of mandamus denied.